IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| DAVID FREEMAN | ) | Civil Action No. _____ |
| *Petitioner,* | ) | |
| | ) | |
| v. | ) | MOTION FOR ADMISSION |
| | ) | *PRO HAC VICE* |
| DONAL CAMPBELL, Commissioner, | ) | |
| Alabama Department of Corrections, | ) | |
| *Respondent.* | ) | |
| | ) | |

Undersigned counsel, Keir M. Weyble, hereby moves pursuant to Local Rule 83.1(b) for admission to the Bar of this Court *pro hac vice*. Certification of Mr. Weyble's good standing as a member of the Bar of the United States District Court for the District of South Carolina is attached hereto. Mr. Weyble seeks admission *pro hac vice* in order to facilitate his appointment to represent David Freeman, an indigent prisoner on Alabama's death row, in federal habeas corpus proceedings.

WHEREFORE, in light of his satisfaction of the requirements enumerated in Local Rule 83.1(b), this Court should grant Mr. Weyble's request for admission to the Bar of this Court *pro hac vice*.

Respectfully submitted,

_____
Keir M. Weyble, S.C. Bar #12075
Blume & Weyble, LLC
P.O. Box 11744
Columbia, SC 29211
(803) 765-1044

February 7, 2006.

## CERTIFICATE OF SERVICE

      I certify that on February 7, 2006, I served the Motion for Admission *Pro Hac Vice* in this action on opposing counsel by depositing a copy of same in the United States Mail, first class postage paid, addressed as follows:

    Clay Crenshaw
    Office of the Attorney General
    Alabama State House
    11 South Union Street
    Montgomery, AL 36130

                                              _____
                                              Keir M. Weyble

February 7, 2006