AO 136
(Rev. 6/82)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

DISTRICT OF SOUTH CAROLINA

I, Larry W. Propes, Clerk of the United States District Court, District of South Carolina,

DO HEREBY CERTIFY That Keir M. Weyble, ID# 7888, was duly admitted to practice in said Court on January 14, 2002, and is in good standing as a member of the bar of said Court.

Dated at Columbia, South Carolina                    Larry W. Propes, Clerk

on January 25, 2006.

By _____,
                                                             Deputy Clerk