IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| DAVID FREEMAN ) | Civil Action No. 2:06CV122-MHT |
|           *Petitioner,* ) | |
| ) | |
| v. ) | MOTION FOR ADMISSION |
| ) | PRO HAC VICE |
| DONAL CAMPBELL, Commissioner, ) | |
| Alabama Department of Corrections, ) | |
|           *Respondent.* ) | |

RECEIVED
2006 MAR -2 A 10: 36
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

    Undersigned counsel, Christopher Seeds, hereby moves pursuant to Local Rule 83.1(b) for admission to the Bar of this Court *pro hac vice*. Attached please find certification of Mr. Seeds' good standing as a member of the Bar of the United States District Court for the Southern District of New York, to which he was admitted on February 28, 2006. Mr. Seeds seeks admission *pro hac vice* to facilitate his appointment to represent David Freeman, an indigent prisoner on Alabama's death row, in federal habeas corpus proceedings.

    WHEREFORE, in light of satisfaction of the requirements enumerated in Local Rule 83.1(b), this Court should grant Mr. Seeds' request for admission to the Bar of this Court *pro hac vice*.

Respectfully submitted,

Christopher Seeds, N.Y. Reg. #3030863
P.O. Box 6725, FDR Station
New York, NY 10150
(917) 837-6760

February 28, 2006.

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, __J. Michael McMahon__, Clerk of this Court, certify that

__CHRISTOPHER WARREN SEEDS__, Bar # __---__

was duly admitted to practice in this Court on

__FEBRUARY 28th, 2006__, and is in good standing

as a member of the Bar of this Court.

Dated at __500 Pearl Street, New York, New York__ on __FEBRUARY 28th, 2006__

__J. MICHAEL McMAHON__
Clerk

by: _____
Deputy Clerk