# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| DAVID FREEMAN, | ) |
| Petitioner, | ) |
| v. | ) Case No. 2:06-cv-122-MHT-VPM |
| DONAL CAMPBELL, Commissioner Alabama Department Of Corrections, | ) |
| Respondent. | ) |

## ENTRY OF APPEARANCE

Cheryl Schuetze, Assistant Attorney General, enters her appearance on behalf of Respondent Donal Campbell and requests that all correspondence, pleadings and orders be sent to her at the address listed below.

Respectfully Submitted,

Troy King
*Attorney General*

/s/ *Cheryl Ann Schuetze*
Cheryl Ann Schuetze
*Assistant Attorney General*
Counsel for Respondent

Address of Counsel:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Telephone: (334) 353-2021
Fax: (334) 353-3637

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/CEF system this 7th day of March, 2006, which will send notification to: **Keir M. Weyble**.

I also served a copy upon the foregoing by placing same in the United States mail, first class postage prepaid and addressed as follows:

>   **Christopher Seeds**
>   P O Box 6725
>   New York, NY 10150

/s/ *Cheryl Ann Schuetze*
Assistant Attorney General