IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DAVID FREEMAN, | ) |
| | ) |
|   Petitioner, | ) |
| | ) |
|   v. | ) CIVIL ACTION NO. |
| | )   2:06cv122-MHT |
| RICHARD F. ALLEN, | ) |
| COMMISSIONER, ALABAMA | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
|   Respondent. | ) |

## ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 8) is granted.

DONE this the 8th day of March, 2006.

                          /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE