IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID FREEMAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 2:06CV122-MHT-VPM |
| | ) |
| RICHARD F. ALLEN, Commissioner | ) |
| Alabama Department of Corrections, | ) |
| | ) |
| Respondent. | ) |
| | ) |

**O R D E R**

For good cause, it is

ORDERED that a conference call between the court and petitioner's counsel be SET for Tuesday, March 14, 2006 at 10:00 am CST. Counsel are ADVISED that the purpose of the call is to discuss matters relative to the issue of appointment of counsel for petitioner. The Court will initiate the call.

DONE this 13th day of March, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE