UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID FREEMAN ) | |
|    Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: 2:06cv122-MHT |
| ) | |
| RICHARD F. ALLEN, Commissioner, ) | |
| Alabama Department of Corrections, ) | |
| ) | |
|    Respondent. ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Robin C. Konrad, a member in good standing of the bar of this Court, and notices an appearance on behalf of Petitioner, David Freeman, in the above-styled case.

Dated this 24th day of March 2006.

Respectfully Submitted,

s/Robin C. Konrad
**ROBIN C. KONRAD**
**DC BAR NO.: 484125**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Robin_Konrad@fd.org
Counsel for David Freeman

## CERTIFICATE OF SERVICE

    I hereby certify that on March 24, 2006, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

        Cheryl Ann Schuetze, Esq.
        Attn: Capital Litigation Division
        Office of the Attorney General
        Alabama State House
        11 South Union Street
        Montgomery, Alabama 36130

        s/Robin C. Konrad
        **ROBIN C. KONRAD**
        **DC BAR NO.: 484125**
        Attorney for Defendant
        Federal Defenders
        Middle District of Alabama
        201 Monroe Street , Suite 407
        Montgomery, AL 36104
        TEL:  (334) 834-2099
        FAX:  (334) 834-0353
        E-Mail: Robin_Konrad@fd.org
        Counsel for David Freeman