## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID FREEMAN | ) | |
|     Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO.: 2:06cv122-MHT |
| | ) | |
| RICHARD F. ALLEN, Commissioner, | ) | |
| Alabama Department of Corrections, | ) | |
| | ) | |
|     Respondent. | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Samuel A. Walker, a member in good standing of the bar of this Court, and notices an appearance on behalf of Petitioner, David Freeman, in the above-styled case.

Dated this 24th day of March 2006.

Respectfully Submitted,

**s/Samuel A. Walker**
**SAMUEL A. WALKER**
**VI BAR NO.: 633**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Samuel_Walker@fd.org
Counsel for David Freeman

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2006, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Cheryl Ann Schuetze, Esq.
Attn: Capital Litigation Division
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130

**s/Samuel A. Walker**
**SAMUEL A. WALKER**
**VI BAR NO.: 633**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Samuel_Walker@fd.org
Counsel for David Freeman