IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID FREEMAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 2:06-cv-122-MHT-VPM |
| | ) |
| RICHARD F. ALLEN, | ) |
| Commissioner of the Alabama | ) |
| Department of Corrections, | ) |
| | ) |
| Respondent. | ) |

## NOTICE OF MANUAL FILING

Please take notice that Respondent Richard F. Allen has manually filed the Indexed Record consisting of 55 volumes. This document has not been filed electronically because the electronic file size of the document exceeds 5 megabytes. A copy of Respondent's Habeas Corpus Checklist is being served upon Attorney for Petitioner, however, the indexed record is not required to be served upon the Petitioner.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

_____
CHERYL ANN SCHUETZE (SCH105)
ASSISTANT ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May, 2006, I did serve a copy of the foregoing on counsel for the Petitioner, by placing the same in the United States Mail, first class, postage prepaid and addressed as follows:

Keir M. Weyble
Blume & Weyble, LLC
P. O. Box 11744
Columbia, SC  29211

Robin C. Konrad
Samual A. Walker
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL  36104

Christopher Seeds
P. O. Box 6725
New York, NY  10150

_____
CHERYL ANN SCHUETZE
ASSISTANT ATTORNEY GENERAL

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
Alabama State House
11 South Union Street
Montgomery, AL  36130
Office (334) 353-2021
Fax (334) 353-3637
cschuetze@ago.state.al.us