IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID FREEMAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cv-122-MHT-VPM |
| | ) | |
| RICHARD F. ALLEN, | ) | |
| Commissioner of the Alabama | ) | |
| Department of Corrections, | ) | |
| | ) | |
| Respondent. | ) | |

## RESPONDENT'S HABEAS CORPUS CHECKLIST

I.  General Case Information:

    A.    Date of State Court Conviction:    June 25, 1996
    B.    County of State Court Conviction:    Montgomery County
    C.    Name of Petitioner's Co-Defendant:    N/A
    D.    Petition Filed in Federal District Court:    February 16, 2006

II. First Trial:

**Volume 1, State Court – First Trial, Reporter's Record pages 1 – 200**

**Volume 2, State Court – First Trial, Reporter's Record pages 201 – 400**

**Volume 3, State Court – First Trial, Reporter's Record pages 401 – 600**

**Volume 4, State Court – First Trial, Reporter's Record pages 601 – 800**

**Volume 5, State Court – First Trial, Reporter's Record pages 801 – 1000**

**Volume 6, State Court – First Trial, Reporter's Record pages 1001 – 1200**

**Volume 7, State Court – First Trial, Reporter's Record pages 1201 – 1358 and Reporter's Record pages 1 - 50**

**Volume 8, State Court – First Trial, Reporter's Record pages 51 – 200**

**Volume 9, State Court – First Trial, Reporter's Record pages 201 – 309 and Reporter's Record pages 1359 - 1400**

**Volume 10, State Court – First Trial, Reporter's Record pages 1401 – 1600**

**Volume 11, State Court – First Trial, Reporter's Record pages 1601 – 1800**

**Volume 12, State Court – First Trial, Reporter's Record pages 1801 – 2000**

**Volume 13, State Court – First Trial, Reporter's Record pages 2001 – 2057 and Clerk's Record pages 1 - 34**

**Volume 14, State Court – First Trial, Clerk's Record pages 35 – 187**

**Volume 15, State Court – First Trial (Supplemental Record dated 3/4/91), Clerk's Record pages 1 – 7; (Supplemental Record dated 11/5/91), Reporter's Record pages 1 – 12 and Clerk's Record pages 1 – 209; and (2nd Supplemental Record dated 12/4/91), Reporter's Record pages 1 – 20.**

**Volume 16, State Court – First Trial (Return to Remand dated 2/3/93), Clerk's Record pages 1 – 98 and Reporter's Record pages 1 - 110**

**Volume 17, State Court – Trial (Mistrial commencing on 1/25/96), Reporter's Record pages 1 – 225**

III.   <u>Mistrial:</u>

**Volume 18, State Court – Second Trial, Clerk's Record pages 1 – 200**

IV.   <u>Record of State Court Criminal Trial (Second Trial)</u>:

    A.   <u>Pretrial Proceedings</u>

        1. Clerk's index          Tab <u>#R-1</u>   (C. No #)

**Volume 19, State Court – Second Trial, Clerk's Record pages 201 - 399**

    2. Petition for mandamus      Tab #R-2    (C. 378)
    3. Order by CCA denying mandamus      Tab #R-3    (C. 376)
    4. Order by ASCT denying mandamus      Tab #R-4    (C. 377)

**Volume 20, State Court – Second Trial, Clerk's Record pages 400 - 600**

**Volume 21, State Court – Second Trial, Clerk's Record pages 601 - 799**

**Volume 22, State Court – Second Trial, Clerk's Record pages 800 – 1000**

**Volume 23, State Court – Second Trial, Clerk's Record pages 1001 – 1199**

**Volume 24, State Court – Second Trial, Clerk's Record pages 1200 – 1400**

**Volume 25, State Court – Second Trial, Clerk's Record pages 1401 – 1599**

**Volume 26, State Court – Second Trial, Clerk's Record pages 1600 – 1800**

**Volume 27, State Court – Second Trial, Clerk's Record pages 1801 – 1999**

**Volume 28, State Court – Second Trial, Clerk's Record pages 2000 – 2200**

**Volume 29, State Court – Second Trial, Clerk's Record pages 2201 – 2399**

**Volume 30, State Court – Second Trial, Clerk's Record pages 2400 – 2600**

**Volume 31, State Court – Second Trial, Clerk's Record pages 2601 – 2799**

**Volume 32, State Court – Second Trial, Clerk's Record pages 2800 – 3000**

**Volume 33, State Court – Second Trial, Clerk's Record pages 3001 – 3199**

**Volume 34, State Court – Second Trial, Clerk's Record pages 3200 – 3400**

**Volume 35, State Court – Second Trial, Clerk's Record pages 3401 – 3599**

**Volume 36, State Court – Second Trial, Clerk's Record pages 3600 – 3800**

**Volume 37, State Court – Second Trial, Clerk's Record pages 3801 – 3833**

**Volume 38, State Court – Second Trial, Reporter's Record pages 1 – 200**

    B.    <u>Guilt/Innocence Phase of the Trial Proceedings</u>:

| | | |
|---|---|---|
| 1. Reporter's index | Tab #R-5 | (TR. 1) |
| 2. Motion hearing on Mar 13, 1995 | Tab #R-6 | (TR. 2) |
| 3. Status conference Oct 10, 1995 | Tab #R-7 | (TR. 15) |
| 4. Motion hearing on Oct 12, 1995 | Tab #R-8 | (TR. 31) |
| 5. Status conference Feb 26, 1996 | Tab #R-9 | (TR. 51) |
| 6. Status conference Feb 27, 1996 | Tab #R-10 | (TR. 57) |
| 7. Status conference May 30, 1996 | Tab #R-11 | (TR. 71) |
| 8. Trial on Jun 17, 1996 | Tab #R-12 | (TR. 76) |
| 9. Voir dire examination | Tab #R-13 | (TR. 81) |

**Volume 39, State Court – Second Trial, Reporter's Record pages 201 – 400**

    10. State's opening statement    Tab #R-14    (TR. 400)

**Volume 40, State Court – Second Trial, Reporter's Record pages 401 – 600**

| | | |
|---|---|---|
| 11. Freeman's opening statement | Tab #R-15 | (TR. 416) |
| 12. State's rebuttal opening statement | Tab #R-16 | (TR. 423) |
| 13. State's case in chief | Tab #R-17 | (TR. 433) |

**Volume 41, State Court – Second Trial, Reporter's Record pages 601 – 800**

    14. Freeman's case in chief    Tab #R-18    (TR. 704)

**Volume 42, State Court – Second Trial, Reporter's Record pages 801 – 1000**

    15. State's rebuttal witnesses    Tab #R-19    (TR. 999)

**Volume 43, State Court – Second Trial, Reporter's Record pages 1001 – 1200**

| | | |
|---|---|---|
| 16. State's closing argument | Tab #R-20 | (TR. 1155) |
| 17. Freeman's closing argument | Tab #R-21 | (TR. 1177) |
| 18. State's rebuttal closing argument | Tab #R-22 | (TR. 1195) |

**Volume 44, State Court – Second Trial, Reporter's Record pages 1201 – 1340**

    19. Trial judge's instruction to the jury    Tab #R-23    (TR. 1214)
    20. Jury's verdict    Tab #R-24    (TR. 1266)

  C.    <u>Sentencing Phase Before the Jury</u>

    1. Penalty phase begins    Tab #R-25    (TR. 1271)
    2. State's opening statement    Tab #R-26    (TR. 1272)
    3. Freeman's opening statement    Tab #R-27    (TR. 1275)
    4. State's evidence    Tab #R-28    (TR. 1276)
    5. Freeman's witnesses    Tab #R-29    (TR. 1277)
    6. State's closing argument    Tab #R-30    (TR. 1284)
    7. Freeman's closing argument    Tab #R-31    (TR. 1293)
    8. State's rebuttal argument    Tab #R-32    (TR. 1296)
    9. Jury instructions    Tab #R-33    (TR. 1303)
    10. Jury verdict    Tab #R-34    (TR. 1329)

  D.    <u>Sentencing Hearing Before the Trial Judge</u>

    1. Sentencing hearing on Aug 1, 1996    Tab #R-35    (TR. 1332)
    2. Pronouncement of sentence    Tab #R-36    (TR. 1335)

  E.    <u>Second Trial - Supplemental Record</u>

    1. Clerk's Record pages 1 – 24    Tab #R-37    (C.    1)

**Volume 45, Direct Appeal Briefs**

V.    <u>Direct Appeal – Briefs</u>:

  A.    <u>Alabama Court of Criminal Appeals – Direct Appeal</u>

    1. Freeman's brief    Tab #R-38
    2. Freeman's supplemental brief    Tab #R-39
    3. State's brief    Tab #R-40
    4. Freeman's application for rehearing and supporting brief    Tab #R-41

**Volume 46, Direct Appeal Briefs**

    B.    <u>Alabama Supreme Court – Direct Appeal</u>

        1. Freeman's petition for writ of certiorari    Tab #<u>R-42</u>
        2. Brief in support of petition    Tab #<u>R-43</u>

**Volume 47, Direct Appeal Briefs**

        3. State's brief in opposition    Tab #<u>R-44</u>
        4. Freeman's application for rehearing & supporting brief    Tab #<u>R-45</u>

    C.    <u>United States Supreme Court – Direct Appeal</u>

        1. Freeman's petition for certiorari    Tab #<u>R-46</u>
        2. State's brief in opposition    Tab #<u>R-47</u>

**Volume 48, State Court – Collateral Appeal, Clerk's Record pages 1 – 200**

VI.    <u>Freeman's State Post-Conviction Proceedings</u>:

    A.    <u>Rule 32 Trial Court Proceedings</u>:

        1. Was there an evidentiary hearing? Yes __X__ No ____
        2. Freeman's Rule 32 Petition    Tab #<u>R-48</u>    (C. 8)
        3. State's Answer    Tab #<u>R-49</u>    (C. 43)
        4. Freeman's Amended Rule 32 Petition    Tab #<u>R-50</u>    (C. 72)
        5. State's Answer to Amended Petition    Tab #<u>R-51</u>    (C. 97)
        6. Freeman's 2nd Amended Petition    Tab #<u>R-52</u>    (C. 145)
        7. State's Answer to 2nd Amended Petition    Tab #<u>R-53</u>    (C. 179)

**Volume 49, State Court – Collateral Appeal, Clerk's Record pages 201 – 400**

        8. Freeman's 3rd Amended Petition    Tab #<u>R-54</u>    (C. 218)
        9. State's Motion to Strike Petitioner's 3rd Amended Petition    Tab #<u>R-55</u>    (C. 270)

    10. Freeman's Opposition to State's Motion
     To Strike 3rd Amended Petition    Tab #R-56   (C.   281)
    11. Freeman's 4th Amended Petition    Tab #R-57   (C.   321)
    12. State's answer to 4th Amended petition    Tab #R-58   (C.   355)

**Volume 50, State Court – Collateral Appeal, Clerk's Record pages 401 – 513**

**Volume 51, State Court – Collateral Appeal, Reporter's Record pages 1 – 125**

    13. Evidentiary Hearing held on
     June 4, 2003    Tab #R-59   (R.   82)

**Volume 52, State Court – Collateral Appeal (Supplement), Reporter's Record pages 1 – 42**

**Volume 53, State Court – Collateral Appeal Briefs**

VII.   <u>Freeman's Appeal From the Denial of the Rule 32 Petition</u>:

    A.   <u>Alabama Court of Criminal Appeals – Rule 32</u>

        1. Freeman's brief    Tab #R-60
        2. State's brief    Tab #R-61
        3. Freeman's reply brief    Tab #R-62
        4. Freeman's rehearing application
     and brief in support    Tab #R-63

**Volume 54, State Court–Collateral Appeal Briefs**

    B.   <u>Alabama Supreme Court – Rule 32</u>

        1. Freeman's petition for writ of
     certiorari    Tab #R-64

C. United States Supreme Court – Rule 32[1]

    1. Freeman's petition for writ of certiorari   Tab #R-65

**Volume 55, Opinions**

VIII. Trial Court Final Orders and Appellate Court Opinions (Listed in Chronological Order)

1. Sentencing Order     Tab #R-66
2. Freeman v. State, 651 So. 2d 573 (Ala. Crim. App. Sep 18, 1992), rehearing denied (Ala. Crim. App. Oct 13, 1992)     Tab #R-67
3. Freeman v. State, 651 So. 2d 576 (Ala. Crim. App. May 06, 1994), rehearing denied (Ala. Crim. App. Jul 29, 1994) cert denied Dec 9, 1994     Tab #R-68
4. Freeman v. State, 776 So. 2d 160 (Ala. Crim. App. Apr 30, 1999), rehearing denied (Ala. Crim. App. Jun 18, 1999)     Tab #R-69
5. Ex parte Freeman, 776 So. 2d 203 (Ala. Mar 10, 2000), rehearing denied (Ala. May 26, 2000)     Tab #R-70
6. Freeman v. Alabama, 531 U.S. 966, 121 S.Ct. 400, 148 L.Ed.2d 308 (Oct 30, 2000)     Tab #R-71
7. Trial Court's Order Denying Rule 32 Petition dated Jun 25, 2003     Tab #R-72
8. Freeman v. State, mem. op. (Ala. Crim. App. Jun 17, 2005) rehearing denied (Ala. Crim. App. Jul 29, 2005)     Tab #R-73

---

[1] Freeman's petition for writ of certiorari filed on April 18, 2006, is currently pending in the United States Supreme Court. Respondent will supplement this record as necessary.

8

9. <u>Ex parte Freeman</u>, writ denied, no
   opinion (Ala. Jan 20, 2006)          Tab #<u>R-74</u>

           Respectfully submitted,

           TROY KING
           ATTORNEY GENERAL

           */s/ Cheryl Ann Schuetze*
           CHERYL ANN SCHUETZE (SCH105)
           ASSISTANT ATTORNEY GENERAL

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of May, 2006, I did serve a copy of the foregoing on counsel for the Petitioner, by placing the same in the United States Mail, first class, postage prepaid and addressed as follows:

Keir M. Weyble
Blume & Weyble, LLC
P. O. Box 11744
Columbia, SC  29211

Robin C. Konrad
Samual A. Walker
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL  36104

Christopher Seeds
P. O. Box 6725
New York, NY  10150

_____
CHERYL ANN SCHUETZE
ASSISTANT ATTORNEY GENERAL

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
Alabama State House
11 South Union Street
Montgomery, AL  36130
Office (334) 353-2021
Fax (334) 353-3637
cschuetze@ago.state.al.us

10