# #2:06cv122-MHT

# ATTACHMENTS ARE NOT SCANNED. ATTACHMENTS FILED IN CONVENTIONAL FORMAT AND AVAILABLE FOR VIEWING IN THE CLERK'S OFFICE. ATTACHMENTS PLACED IN (3) BOXES WITH THE FILE.