IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID FREEMAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.2:06cv122-MHT-VPM |
| | ) |
| RICHARD F. ALLEN, Commissioner | ) |
| Alabama Department of Corrections, | ) |
| et. al. | ) |
| Respondents. | ) |
| | ) |

## **O R D E R**

In contemplation of petitioner's counsel traveling in connection with representation of the petitioner, counsel are ADVISED that they may qualify for government rates on airline tickets, lodging and rental cars. Counsel are DIRECTED to obtain prior authorization for travel from the District Judge or Magistrate Judge assigned to the case in order to receive these rates and for the expense to be reimbursable through the court.

When airline travel is necessary, counsel MUST contact Cynthia H. Torbert, Death Penalty Law Clerk in the United States District Court, Middle District of Alabama at (334) 954-3933 or by e-mail Cindy_Torbert@ALMD.uscourts.gov to advise of the necessary travel plans, number and identity of counsel who wish to travel, and any foreseeable, out-of-the-ordinary expenses. When appropriate, an Order will be issued authorizing the travel, and specifically, the number and identity of counsel permitted to travel. The Order will provide information to counsel about how to arrange the travel.

DONE this 18th day of May, 2006.


      /s/ Vanzetta Penn McPherson
       VANZETTA PENN MCPHERSON
       UNITED STATES MAGISTRATE JUDGE