IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID FREEMAN, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.2:06cv122-MHT-VPM |
| | ) |
| RICHARD F. ALLEN, Commissioner | ) |
| Alabama Department of Corrections, et.al., | ) |
| | ) |
|     Respondents. | ) |
| | ) |

### **O R D E R**

Upon consideration of the scheduling conference set in this matter for June 28, 2006 at 2:00 p.m. and for good cause, it is

ORDERED that counsel for petitioner, Mr. Keir Weybel be and hereby is authorized to travel from Columbia, South Carolina to Montgomery, Alabama on June 28, 2006 to attend the scheduling conference at 2:00 p.m. on June 28, 2006 and to travel to Mobile, Alabama to meet with his client on June 29, 2006 and to then return to Montgomery, Alabama for departure by plane on June 29, 2006.

Counsel is ADVISED that reasonable "out-of-pocket" expenses are reimbursable. In determining whether actual expenses incurred are "reasonable," counsel should be guided by the prevailing limitations placed upon travel and subsistence expenses of federal judiciary employees in accordance with existing government travel regulations. As this

trip will involve one overnight stay in Montgomery, Alabama, counsel is ADVISED that the per diem rate for federal judiciary employees traveling to Montgomery, Alabama is $99.00. Counsel is also ADVISED that in order for expenses to be reimbursable, he will need to present to the court receipts for expenses including the hotel, rental car and gas.

Counsel is DIRECTED to contact Omega World Travel at 1-866-450-0401 or 1-800-445-0668 to schedule arrangements for airline travel, lodging and a rental car. Use of a rental car to travel from Montgomery to Mobile, Alabama and back is specifically approved for this purpose such that a reasonable expenditure for this purpose is reimbursable. Omega World Travel will receive the necessary payment information from the Clerk of the United States District Court, Middle District of Alabama.

Counsel is also DIRECTED to attach to the CJA vouchers submitted to the court copies of tickets obtained pursuant to these procedures and a copy of this Order authorizing travel.

DONE this 31st day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE