IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID FREEMAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 2:06CV122-MHT-VPM |
| | ) |
| RICHARD F. ALLEN, Commissioner | ) |
| Alabama Department of Corrections, | ) |
| | ) |
| Respondent. | ) |
| | ) |

**O R D E R ON MOTION**

Upon consideration of the Joint Motion for Enlargement of Time to File the Joint Report (Doc. # 25), it is

ORDERED that the motion be and hereby is GRANTED and the Joint Report shall be filed on or before June 23, 2006. However, the parties are encouraged to use their best efforts to file the report by June 21, 2006, in order to give the court as much time as possible to review the report prior to the Case Management Conference which is set for June 28, 2006.

DONE this 6th day of June, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE