# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| DAVID FREEMAN, | ) |
|     Petitioner, | ) |
| v. | ) Case No. 2:06-cv-122-MHT-VPM |
| RICHARD F. ALLEN, Commissioner Alabama Department Of Corrections, | ) |
|     Respondent. | ) |

## NOTICE OF APPEARANCE

Henry M. Johnson, Assistant Attorney General, enters his appearance on behalf of Respondent Richard F. Allen and requests that all correspondence, pleadings and orders be sent to him at the address listed below.

Respectfully Submitted,

Troy King
*Attorney General*

/s/ *Henry M. Johnson*
Henry M. Johnson
*Assistant Attorney General*
Counsel for Respondent

Address of Counsel:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Telephone: (334) 353-9095
Fax: (334) 353-3637

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/CEF system this 28th day of June, 2006, which will send notification to: **Keir M. Weyble**.

I also served a copy upon the foregoing by placing same in the United States mail, first class postage prepaid and addressed as follows:

> **Christopher Seeds**
> P O Box 6725
> New York, NY 10150

/s/ *Henry M. Johnson*
Henry M. Johnson
Assistant Attorney General