MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery , Alabama

HON.   Vanzetta Penn McPherson

DATE COMMENCED:   6/28/06                    DIGITAL RECORDING: 2:15 - 3:45

DATE COMPLETED:    6/28/06

DAVID FREEMAN                          *

vs                                     *            2:06cv122-MHT

RICHARD F. ALLEN                       *

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Robin Corinne Konrad | | Cheryl Ann Schuetze |
| Keir Weybel | * | Henry M. Johnson |
| | * | |
| | * | |
| | * | |

COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy
Cindy Tolbert, Law Clerk

---

PROCEEDINGS:

(   ) JURY TRIAL
( x ) OTHER PROCEEDINGS:   Scheduling /Case Management Conference

SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | 2:06cv122-MHT:  Scheduling /Case Management Conference | | |
|---|---|---|---|
| Date | 6 /28/2006 | Location | Courtroom 5A |

| Time | Speaker | Note |
|---|---|---|
| 2 :15:30 PM | Court | Convenes;  Counsel recognized; Atty. Henry M. Johnson should file notice of appearance by close of business today |
| 2 :17:39 PM | Court | Discusses with counsel, claims in which counsel disagrees within Joint Report; Court informs counsel that if claim is not stated, it will be forfeited; Court will stay with the way petitioner has framed claims |
| 2 :43:25 PM | Court | Discusses with counsel Scheduling of the litigations; Vast majority of discovery within the State, may be some outside the State; Petitioner gives explanation as to why additional discovery may be needed;Court will set this discovery issue for an independent process; Petitioner to file motion for discovery with justification for discovery by 7/14/06 respondent by 8/4/06 to reply |
| 2 :57:29 PM | Petitioner | Expresses to the Court, he may not know by 7/l4/06,  which claims may need additional discovery |
| 2 :59:14 PM | Court | Further Questions petitioner as to the amount of time needed to determine what discovery he will request |
| 3 :01:02 PM | Petitioner | Requests 6 months for Discovery |
| 3 :01:30 PM | Respondent | Argues way to much time requested |
| 3 :02:53 PM | Petitioner | Further give justification for request for 6 months |
| 3 :03:49 PM | Court | Sets briefing schedule:  Due date for respondent's brief set for Procedural Default 8/18/06; Petitioner response by  9/15/06; Reply brief from the respondent due 10/13/06; Petitioners reply brief by 10/27/06 |
| 3 :13:03 PM | Petitioner | Reinterates 6 months for fact development which may require additional discovery |
| 3 :13:46 PM | Court | Request Repondents to step outside the courtroom; RECORD SEALED until Court otherwise Orders |
| 3 :22:09 PM | Court | Proceedings UNSEALED and back on the record; Respondent's counsel re-enters the courtroom |
| 3 :23:09 PM | Court | RESETS DEADLINES:  Discovery Motion Due by Petitioner by 8/4/06; Respondent's  Reply by 8/18/06; COURT TO ISSUE ORDER; Court will  rule on discovery motion and then set a briefing schedule |
| 3 :25:23 PM | Court | Discusses with Petitioners counsel's budget in the case |
| 3 :42:06 PM | Court | TO ISSUE ORDER directing resubmission of Budget |
| 3 :45:10 PM | | RECESS |