IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID FREEMAN, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO.2:06cv122-MHT-VPM |
| RICHARD F. ALLEN, Commissioner Alabama Department of Corrections, et. al., | ) |
| Respondents. | ) |

## **ORDER**

Based on the Joint Report filed by the parties on June 23, 2006 and the scheduling/case management conference on held June 28, 2006 and for good cause, it is hereby ORDERED:

1. That the petitioner shall file all motions for discovery on or before August 4, 2006

2. That the respondent shall file all responses/objections to the motions for discovery on or before August 18, 2006.

3. Following the court's decision on the motions for discovery, the court will enter a scheduling order which sets dates for the parties to file briefs in this action.

4. That on or before July 12, 2006, petitioner shall deliver by e-mail a Revised Preliminary Litigation Budget to Cindy_Torbert@ALMD.uscourts.gov which includes the modifications the court discussed with petitioner's counsel at the *ex parte* budget conference held on June 28, 2006.

DONE this 10th day of July, 2006.

    /s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE