**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

August 7, 2006

# NOTICE OF CORRECTION

FROM:      Clerk's Office

Case Style:   Freeman v. Allen

Case No.:   2:06cv122-MHT
            Document 31 Motion for Discovery

This Notice of Correction was filed in the referenced case this date to attach the pdf to document #31. The corrected pdf contains the Certificate of Service page which was omitted when e-filed on 8/4/06. A copy of the corrected pdf is attached to this Notice of Correction.