IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID FREEMAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06CV122-MHT |
| | )   [WO] |
| RICHARD F. ALLEN, Commissioner, | ) |
| Alabama Department of Corrections, | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

Upon consideration of the petitioner's Motion For Discovery, filed on 4 August 2006 (Doc. # 31), it is

ORDERED that the respondent file a response to the request made in the motion on or before 16 August 2006. In his response, and regardless of his position, the respondent shall indicate the existence and availability of the documents.

DONE this 9th day of August, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE