IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID FREEMAN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 2:06CV122-MHT-VPM |
| RICHARD F. ALLEN, Commissioner Alabama Department of Corrections, | ) |
| Respondent. | ) |

**<u>O R D E R</u>**

For good cause shown, it is

ORDERED that Petitioner's Unopposed Motion to Extend Briefing Schedule (Doc. # 42) is GRANTED in part and DENIED in part.

Instead of the 90-day extension sought by the petitioner, the court grants an extension of seventy (70) days. Accordingly, as more fully set out in this court's 19 October 2006 Pretrial Order, the Respondent shall file his procedural default brief on or before 15 January 2007; the Petitioner shall file his response to the procedural default brief and his merits brief on or before 12 February 2007; the Respondent shall file his response brief to the procedural default issues and the merits on or before 12 March 2007; and Petitioner shall file his reply brief addressing the merits on or before 26 March 2007.

The parties are CAUTIONED that no further extensions will be granted without a

showing of exceptional circumstances.

DONE this 27th day of October, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED   STATES   MAGISTRATE   JUDGE