UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID FREEMAN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action Number |
|  | ) 2:06CV122-MHT-WC |
| RICHARD F. ALLEN, Commissioner of the Alabama Department of Corrections, | ) |
| Respondent. | ) |

## NOTICE OF APPEARANCE

Comes now the undersigned, Michael A. Nunnelley, and enters his notice of appearance as counsel for the Respondent in the above-styled cause.

Respectfully submitted,

Troy King
*Attorney General*

Michael A. Nunnelley
*Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2007, a copy of the foregoing was served by placing the same in the United States mail, first class postage prepaid, and addressed as follows:

Keir M. Weyble
Blume & Weyble, LLC
P. O. Box 11744
Columbia, SC  29211

Christopher Seeds
P. O. Box 6725
New York, NY  10150

Robin C. Konrad, Samual A. Walker
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL  36104

                                    Michael A. Nunnelley
                                    *Assistant Attorney General*

Address of Counsel:

State of Alabama
Office of the Attorney General
11 South Union Street
Montgomery, Alabama  36130-0152
(334) 353-9242