IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID FREEMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:06CV122-MHT-WC |
| ) | |
| RICHARD F. ALLEN, Commissioner ) | |
| Alabama Department of Corrections, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**O R D E R ON MOTION**

For good cause, it is

ORDERED that the Respondent's Motion for Enlargement of Time to File Procedural Default Brief (Doc. # 52) be and hereby is GRANTED. It is further

ORDERED that the Respondent shall file its response to Petitioner's Supplemental Request for Discovery and Motion to Revise Briefing Schedule on or before January 25, 2007. Counsel are ADVISED that after the court receives Respondent's response to the Petitioner's Supplemental Request for Discovery and Motion to Revise Briefing Schedule, the Court will issue an Order which addresses time for filing briefs in this case.

DONE this 18th day of January, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE