UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID FREEMAN )<br>    Petitioner, )<br> )<br>vs. )<br> )<br>RICHARD F. ALLEN, Commissioner, )<br>Alabama Department of Corrections, )<br> )<br>    Respondent. ) | CIVIL ACTION NO.: 2:06cv122-MHT |

**MOTION TO WITHDRAW COUNSEL**

**COMES NOW** the Federal Defender for the Middle District of Alabama, Christine A. Freeman, and moves to withdraw Samuel Walker as a counsel of record in this matter.

Mr. Walker entered a Notice of Appearance as counsel for the defendant Richard Evans, in his capacity as an Assistant Federal Defender. As Mr. Walker is no longer employed as an Assistant Federal Defender for the Middle District of Alabama, he should be relieved as counsel.

Other counsel from the Office of the Federal Defender have already entered appearances in this matter on behalf of the Defendant.

Dated this 19th day of January, 2007.

                                        Respectfully submitted,

                                        s/Christine A. Freeman
                                        **CHRISTINE A. FREEMAN**
                                        **TN BAR NO.: 11892**
                                        Attorney for David Freeman
                                        Federal Defenders
                                        Middle District of Alabama

        201 Monroe Street , Suite 407
        Montgomery, AL 36104
        TEL:  (334) 834-2099
        FAX:  (334) 834-0353
        E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Cheryl Ann Schuetze, Esq.
    Attn: Capital Litigation Division
    Office of the Attorney General
    Alabama State House
    11 South Union Street
    Montgomery, Alabama 36130

        **s/Christine A. Freeman**
        **CHRISTINE A. FREEMAN**
        **TN BAR NO.: 11892**
        Attorney for David Freeman
        Federal Defenders
        Middle District of Alabama
        201 Monroe Street , Suite 407
        Montgomery, AL 36104
        TEL:  (334) 834-2099
        FAX:  (334) 834-0353
        E-Mail: Christine_Freeman@fd.org