IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID FREEMAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 2:06CV122-MHT-WC |
| | ) |
| RICHARD F. ALLEN, Commissioner | ) |
| Alabama Department of Corrections, | ) |
| | ) |
| Respondent. | ) |

**O R D E R ON MOTION**

For good cause, it is

ORDERED that the Motion to Withdraw Counsel (Doc. # 54) filed January 19, 2007 on the basis that Samuel Walker is no longer employed as an Assistant Federal Defender for the Middle District of Alabama be and hereby is GRANTED.

DONE this 22nd day of January, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE