IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID FREEMAN, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>RICHARD F. ALLEN, Commissioner )<br>Alabama Department of Corrections, )<br>)<br>Respondent. )<br>) | Civil Action No. 2:06CV122-MHT-WC |

## **O R D E R**

Upon consideration of the Respondent's second unopposed motion for extension of time to file its responsive brief on the procedural default issues and the merits (Doc. # 72) and for good cause shown, the court concludes that the motion for extension is due to be GRANTED. Accordingly, it is

ORDERED that the Motion for Extension of Time (Doc. # 72) filed June 27, 2007 be and hereby is GRANTED and that as more fully set out in this court's October 19, 2006 Order, the Respondent's responsive brief to the procedural default issues and the merits shall be filed on or before July 5, 2007, and that the Petitioner's reply brief addressing the merits shall be filed on or before July 17, 2007.

DONE this 29th day of June, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE