IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID FREEMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:06CV122-MHT |
| ) | |
| RICHARD F. ALLEN, Commissioner ) | |
| Alabama Department of Corrections, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**ORDER ON MOTION**

Upon consideration of Respondent's third motion for extension of time to file its response brief on the procedural default issues and the merits (Doc. #74) and for good cause shown, it is

ORDERED that Motion for Extension of Time (Doc. #74), filed July 5, 2007, is GRANTED and that as more fully set out in this Court's Order of October 19, 2006, Respondent's responsive brief to the procedural default issues and the merits shall be filed **on or before July 12, 2007**, and Petitioner's reply brief addressing the merits shall be filed **on or before July 24, 2007**.

DONE this 6th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE