# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DAVID FREEMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action Number |
| ) | 2:06-cv-00122-MHT-WC |
| RICHARD F. ALLEN, ) | |
| Commissioner of the Alabama ) | |
| Department of Corrections, ) | |
| ) | |
| Respondent. ) | |

## NOTICE OF WITHDRAWAL OF CHERYL ANN SCHUETZE AS COUNSEL OF RECORD

Comes now the undersigned as counsel for the Respondent and hereby notifies this court that Cheryl Ann Schuetze is no longer an Assistant Attorney General and should be removed as counsel of record for Respondent in the above-styled cause. Please also note that Henry M. Johnson is no longer assisting in this case. Undersigned counsel should henceforth be primary counsel of record for the Respondent.

Respectfully submitted,

Troy King
*Attorney General*


/s/ Michael A. Nunnelley
Michael A. Nunnelley (NUN006)
*Assistant Attorney General*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Keir M. Weyble, Christopher Seeds, Christine A. Freeman, and Robin Konrad.**

/s/ Michael A. Nunnelley
Michael A. Nunnelley
*Assistant Attorney General*
*Counsel for Respondent*

State of Alabama
Office of the Attorney General
11 South Union Street
Montgomery, Alabama  36130-0152
(334) 353-9242 Office
(334) 353-3637 Fax
mnunnelley@ago.state.al.us

2