IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID FREEMAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 2:06CV122-MHT-WC |
| | ) |
| RICHARD F. ALLEN, Commissioner | ) |
| Alabama Department of Corrections, | ) |
| | ) |
| Respondent. | ) |
| | ) |

**ORDER**

For good cause, it is

ORDERED that the Motion to Withdraw Cheryl Ann Scheutze as Counsel of record (Doc. # 76) filed July 6, 2007 be and hereby is GRANTED.

DONE this 9th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE