UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID FREEMAN, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>RICHARD F. ALLEN, )<br>Commissioner of the Alabama )<br>Department of Corrections, )<br>)<br>Respondent. ) | Civil Action Number<br>2:06CV122-MHT-WC |

**FINAL MOTION FOR ENLARGEMENT OF TIME**

Comes now Respondent, by and through Troy King, the Attorney General of the State of Alabama, and on behalf of Respondent Richard Allen, respectfully moves this Honorable Court for an enlargement of seven (7) days, until July 19, 2007, within which to file his responsive brief to the procedural default issues and the merits. As grounds in support of this motion, Respondent offers the following:

1. This is a federal habeas corpus petition challenging Smith's capital murder conviction and sentence of death.

2. Undersigned counsel also represents the State in 27 other capital murder trials, direct appeals, and post-conviction proceedings. Notable among these cases is <u>Michael Lynn</u>

Sale, (CR-05-1447), in which undersigned counsel filed a direct appeal brief before the Alabama Court of Criminal Appeals on July 3, 2007, and David Lee Roberts (USDCT #6:04-cv-02661-CLS-HGD (N.D.)), in which undersigned counsel filed a response to petitioner's objections to the magistrate judge's report and recommendation on July 9, 2007.

3. This is undersigned counsel's first brief of this nature, and counsel did not anticipate the amount of time required for this brief. Though counsel for the State has worked diligently on this case, he will be unable to prepare an adequate brief by this Court's deadline. Petitioner's Brief On The Merits And In Opposition To Respondent's Brief On Procedural Default is 217 pages in length. Counsel needs an additional seven (7) days to insure that the brief meets this Courts standards while attending to counsel's other obligations.

4. The interests of justice and fairness and this Court's judicial function will best be served by granting the requested enlargement. Likewise, Freeman will not be prejudiced if the request for enlargement is granted.

WHEREFORE, for the foregoing reasons, Respondent moves this Court for an enlargement of seven (7) days within which to file its procedural default brief, thus making the State's Answer due on or before July 19, 2007.

        Respectfully submitted,

        Troy King
        *Attorney General*

        */s/ Michael A. Nunnelley*
        Michael A. Nunnelley
        *Assistant Attorney General*


        State of Alabama
        Office of the Attorney General
        11 South Union Street
        Montgomery, Alabama  36130-0152
        (334) 242-7300

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Keir M. Weyble, Christopher Seeds, and Robin Konrad.**

/s/ Michael A. Nunnelley
Michael A. Nunnelley
*Assistant Attorney General*
*Counsel for Respondent*

State of Alabama
Office of the Attorney General
11 South Union Street
Montgomery, Alabama  36130-0152
July 11, 2007                                                  (334) 353-9242

4