IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID FREEMAN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 2:06CV122-MHT-WC |
| RICHARD F. ALLEN, Commissioner Alabama Department of Corrections, | ) |
| Respondent. | ) |

**ORDER ON MOTION**

Upon consideration of Respondent's final motion for extension of time to file its responsive brief on the procedural default issues and the merits (Doc. #78) and for good cause show, it is

ORDERED that the Motion for Extension of Time (Doc. #78) filed July 11, 2007, is GRANTED and that as more fully set out in this Court's Order of October 19, 2006, Respondent's responsive brief to the procedural default issues and the merits shall be filed on or before July 19, 2007, and Petitioner's reply brief addressing the merits shall be filed on or before August 2, 2007.

DONE this 11th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE