IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID FREEMAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 2:06CV122-MHT-WC |
| | ) |
| RICHARD F. ALLEN, Commissioner | ) |
| Alabama Department of Corrections, *et al.,* | ) |
| | ) |
| Respondent. | ) |
| | ) |

**O R D E R**

Upon consideration of Petitioner's unopposed motion for extension of time to file its reply brief on the procedural default issues and the merits (Doc. #81) and for good cause show, it is

ORDERED that the Motion for Extension of Time (Doc. #81) filed July 26, 2007, is GRANTED and that as more fully set out in this Court's Order of October 19, 2006, petitioner's reply brief to the procedural default issues and the merits shall be filed on or before September 4, 2007.

DONE this 30th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE