UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID FREEMAN, | ) | |
|     Petitioner, | ) | |
| | ) | |
| vs. | ) | 2:06-cv-122-MHT-WC |
| | ) | |
| RICHARD ALLEN, Commissioner, | ) | **DEATH PENALTY CASE** |
| Alabama Department of Corrections, | ) | |
| | ) | |
|     Respondent. | ) | |

## NOTICE OF ATTORNEY WITHDRAWAL

Undersigned counsel hereby provides notice to this Court of her withdrawal as an attorney of record in the above-captioned case. Undersigned counsel is no longer employed with the Federal Defenders for the Middle District of Alabama, who is currently appointed to represent Petitioner.

                                        Respectfully Submitted,

                                        /s/ Robin Konrad
                                        ROBIN C. KONRAD
                                        Assistant Federal Public Defender
                                        AL Bar No.: ASB-2194-N76
                                        FEDERAL PUBLIC DEFENDERS
                                        FOR THE DISTRICT OF ARIZONA
                                        850 West Adams Street, Suite 201
                                        Phoenix, Arizona 85007
                                        robin_konrad@fd.org
                                        Telephone: (602) 382-2816

Dated this December 11, 2007.

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 11, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Michael Nunnelley, Esq.
>Attn: Capital Litigation Division
>Office of the Attorney General
>Alabama State House
>11 South Union Street
>Montgomery, Alabama 36130

                                            /s/ Robin Konrad
                                            ROBIN C. KONRAD
                                            Assistant Federal Public Defender