IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DAVID FREEMAN,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NO.: 2:06cv122-MHT** |
| | ) | |
| **RICHARD F. ALLEN, Commissioner,** | ) | **DEATH PENALTY CASE** |
| **Alabama Department of Corrections,** | ) | |
| | ) | |
| Respondent. | ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, James H. Carter, and enters his appearance on behalf of Petitioner, **DAVID FREEMAN,** in the above-styled case.

Dated this 13th day of December, 2007.

Respectfully Submitted,


s/James H. Carter
JAMES H. CARTER
SC BAR NO.: 72932
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: james_h_carter@fd.org

1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DAVID FREEMAN,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO.: 2:06cv122-MHT |
| | ) | |
| **RICHARD F. ALLEN, Commissioner,** | ) | DEATH PENALTY CASE |
| Alabama Department of Corrections, | ) | |
| | ) | |
| Respondent. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Michael Nunnelly, Esq.
Capital Litigation Division
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130

    Respectfully Submitted,

    s/James H. Carter
    JAMES H. CARTER
    SC BAR NO.: 72932
    Federal Defenders
    Middle District of Alabama
    201 Monroe Street , Suite 407
    Montgomery, AL 36104
    TEL:   (334) 834-2099
    FAX:   (334) 834-0353
    E-Mail: james_h_carter@fd.org