IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


DAVID FREEMAN,                    )
                                  )
       Petitioner,                )
                                  )        CIVIL ACTION NO.
       v.                         )          2:06cv122-MHT
                                  )
RICHARD ALLEN,                    )
Commissioner, Alabama             )
Department of Corrections,        )
                                  )
       Respondent.                )

                              ORDER

     It is ORDERED that the notice of attorney withdrawal

(Doc. No. 87) is treated as a motion to withdraw and said

motion is granted.

     DONE, this the 14th day of December, 2007.


                    ___/s/ Myron H. Thompson___
                    UNITED STATES DISTRICT JUDGE