## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID FREEMAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action Number |
| | ) | 2:06-cv-122-MHT-WC |
| RICHARD F. ALLEN, | ) | |
| Commissioner of the Alabama | ) | |
| Department of Corrections, | ) | |
| | ) | |
| Respondent. | ) | |

## **MOTION TO WITHDRAW**

COMES NOW Michael A. Nunnelley and enters a motion to withdraw in the above-styled cause. As of July 1, 2008, undersigned counsel will no longer represent the State in capital murder cases and will take a position in the Department of Human Resources.

Respectfully submitted,

Troy King
*Attorney General*

***s/ Michael A. Nunnelley***
Michael A. Nunnelley (NUN006)
*Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Keir M. Weyble, Christopher Seeds, Christine A. Freeman, and James H. Carter.**

                                            *s/ Michael A. Nunnelley*
                                            Michael A. Nunnelley
                                            *Assistant Attorney General*

Address of Counsel:

State of Alabama
Office of the Attorney General
11 South Union Street
Montgomery, Alabama  36130-0152
(334) 242-7300