## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| DAVID FREEMAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action Number |
| | ) 2:06CV122-MHT-WC |
| RICHARD F. ALLEN, | ) |
| Commissioner of the Alabama | ) |
| Department of Corrections, | ) |
| | ) |
| Respondent. | ) |

## NOTICE OF APPEARANCE

Comes now the undersigned, J. Clayton Crenshaw, and enters his notice of appearance as counsel for the Respondent in the above-styled cause.

Respectfully submitted,

Troy King
*Attorney General*


*s/ J. Clayton Crenshaw*
J. Clayton Crenshaw
*Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Keir M. Weyble, Christopher Seeds, Christine A. Freeman, and James H. Carter.**

*s/ J. Clayton Crenshaw*
J. Clayton Crenshaw
*Assistant Attorney General*

Address of Counsel:

State of Alabama
Office of the Attorney General
11 South Union Street
Montgomery, Alabama  36130-0152
(334) 242-7300

2