IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DAVID FREEMAN, ) | |
| ) | |
|     Petitioner, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:06cv122-MHT |
| ) | |
| RICHARD ALLEN, ) | |
| Commissioner, Alabama ) | |
| Department of Corrections, ) | |
| ) | |
|     Respondent. | |

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 96) is granted.

DONE, this the 1st day of July, 2008.

                   /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE